# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Hello Want_

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

_To who It May concern_
_I want to run to_
_President!_
_As a por pre son!_

Jury Trial: ☒ Yes  ☐ No
(check one)

**16CV 0174**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Hello Want_
Street Address _127 West 25th St_
County, City _10036   10001_
State & Zip Code _NY   NYC_
Telephone Number _718 314-1760 (oc) 518 615-3112_

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

_N/A   No one_

Defendant No. 1   Name _____
Street Address _____

*Rev. 05/2010*

|               |                    |       |
|---------------|--------------------|-------|
|               | County, City       | N/A   |
|               | State & Zip Code   |       |
|               | Telephone Number   |       |
| Defendant No. 2 | Name             | N/A   |
|               | Street Address     |       |
|               | County, City       |       |
|               | State & Zip Code   |       |
|               | Telephone Number   |       |
| Defendant No. 3 | Name             | N/A   |
|               | Street Address     |       |
|               | County, City       |       |
|               | State & Zip Code   |       |
|               | Telephone Number   |       |
| Defendant No. 4 | Name             | N/A   |
|               | Street Address     |       |
|               | County, City       |       |
|               | State & Zip Code   |       |
|               | Telephone Number   |       |

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions            ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  Don't Understand

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  Kello Loany

Defendant(s) state(s) of citizenship  USA

## III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Still don't understand_

B. What date and approximate time did the events giving rise to your claim(s) occur? _N/A_

C. Facts: _N/A_

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Willing to talk in Court! I have a snake in me!_

Rev. 05/2010

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I can royal & I want the court to make me the president of the USA._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2_ day of _Friday_, 20_16_.

Signature of Plaintiff _[signature]_

Mailing Address _127 West 25th Street_
_NYC NY 10001_

Telephone Number _518 615-3112 x718 314-1760_

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _3_ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _[signature]_

Inmate Number _04A5446_

*Rev. 05/2010*